**FILED**
May 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:12-mj-00125-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ANTHONY GIARRUSSO, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Anthony Giarrusso</u>; Case <u>2:12-mj-00125-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of _____

_X_ Unsecured Appearance Bond in the amount of $250,000.00; co-signed by Denise Valotta and Dion Giarrusso

___ Appearance Bond with 10% Deposit

___ Appearance Bond secured by Real Property

___ Corporate Surety Bail Bond

_X_ (Other) Pretrial Supervision/Conditions; **Defendant ordered to be released to the custody of Pretrial Services on 5/18/2012 at 8:00 AM for the placement of an electronic monitoring device.**

Issued at <u>Sacramento, CA</u> on <u>5/17/2012</u> at 3:25 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge