**FILED**
May 17, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>             Plaintiff,                     )<br>v.                                                     )<br>                                                           )<br>ANTHONY GIARRUSSO,              )<br>                                                           )<br>             Defendant.                 ) | CASE NUMBER: 2:12-mj-00125-GGH<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Anthony Giarrusso</u>; Case <u>2:12-mj-00125-GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $250,000.00; co-signed by Denise Valotta and Dion Giarrusso

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial Supervision/Conditions;</u> **released to the custody of Pretrial Services on 5/18/2012 at 8:00 AM for the placement of an electronic monitoring device.**

Issued at  <u>Sacramento, CA</u>  on  <u>5/17/2012</u>  at  3:25 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge