HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988
hhgable@pacbell.net

Attorney for Defendant
ANTHONY GIARRUSSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY GIARRUSSO,<br><br>    Defendant. | 2:12-mj-00125 GGH<br><br>**STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF PRETRIAL RELEASE NO.5** |

On May 17, 2012, defendant, Anthony Giarrusso, was ordered released on specified conditions pending trial by Magistrate Judge Kendall J. Newman.  Special Condition no. 5 provided that his travle be restricted to the Eastern and Nrthern Disttricts of California without the prior consent of the pretrial services officer.

Mr. Giarrusso has made arrangements to reside with and be employed by his brother in the Los Angeles area.  This arrangment has been approved by Superviory Pretrial Services Officer Beth Baker and Asst. U.S. Attorney Michael D. Anderson, who is representing the Government in this matter, has no objection to this request.

Accordingly, IT IS HEREBY STIPULATED between the parties hereto that Special Condition of Release no. 5 is hereby modified to read as follows:

1

Your travel is restricted to the Eastern, Northern, and Central Districts of California without the prior consent of the pretrial services officer.

All other conditions of the pretrial release order are to remain in full force and effect.

Dated: May 21, 2012
                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

By:   /s/Michael D. Anderson
      MICHAEL D. ANDERSON
      Assistant U.S. Attorney

Dated: May 21, 2012

       /s/Hayes H. Gable, III
      HAYES H. GABLE, III
      Attorney for Defendant
      ANTHONY GIARRUSSO

**ORDER**

GOOD CAUSE APPEARING, the foregoing Stipulation of the parties is hereby adopted.

Dated: May 22, 2012.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2