1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988
   hhgable@pacbell.net
5
   Attorney for Defendant
6  ANTHONY GIARRUSSO

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 **UNITED STATES OF AMERICA**,            2:12-mj-00125 GGH

12                  Plaintiff,              **STIPULATION   AND   ORDER   TO
                                            MODIFY  SPECIAL  CONDITION  OF**
13       vs.                                **PRETRIAL RELEASE NO.5**

14
   **ANTHONY GIARRUSSO,**
15
                   Defendant.
16

17

18

19       On May 17, 2012, defendant, Anthony Giarrusso, was ordered released on specified

20 conditions pending trial by  Magistrate Judge Kendall J. Newman.  Special Condition no. 5 provided

21 that his travle be restricted to the Eastern and Nrthern Disttricts of California without the prior

22 consent of the pretrial services officer.

23       Mr. Giarrusso has made arrangements to reside with and be employed by his brother in the

24 Los Angeles area.  This arrangment has been approved by Superviory Pretrial Services Officer Beth

25 Baker and Asst. U.S. Attorney Michael D. Anderson, who is representing the Government in this

26 matter, has no objection to this request.

27       Accordingly, IT IS HEREBY STIPULATED between the parties hereto that Special

28 Condition of Release no. 5 is hereby modified to read as follows:

                                            1

1   Your travel is restricted to the Eastern, Northern, and Central Districts of California
2   without the prior consent of the pretrial services officer.

3   All other conditions of the pretrial release order are to remain in full force and effect.

4   Dated:  May 21, 2012                                    BENJAMIN B. WAGNER
                                                            United States Attorney
5

6
                                            By:    /s/Michael D. Anderson
7                                                  MICHAEL D. ANDERSON
                                                   Assistant U.S. Attorney
8

9   Dated: May 21, 2012

10                                                 /s/Hayes H. Gable, III
                                                   HAYES H. GABLE, III
11                                                 Attorney for Defendant
                                                   ANTHONY GIARRUSSO
12

13                                          **ORDER**

14      GOOD CAUSE APPEARING, the foregoing Stipulation of the parties is hereby adopted.

15
    Dated:  May 22, 2012.
16

17                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2